UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60656-CIV-SINGHAL

ELI PEREZ VERDUGO,

      Petitioner,

v.

MARCOS CHARLES, Acting Executive
Associate Director of Enforcement and
Removal Operations of Immigration and
Customs Enforcement, *et al.*,

      Respondents.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon a *sua sponte* review of the docket. Petitioner Eli Perez Verdugo filed this petition for writ of habeas corpus under 28 U.S.C. Section 2241. 28 U.S.C. Section 2243 explains that the Court shall set a hearing after the government responds to the petition. Accordingly, since Respondents have returned the Petition, *see* (DE [7]), it is hereby

**ORDERED AND ADJUDGED** that counsel for Petitioner and Respondents appear at a hearing on **Wednesday, April 8, 2026 at 11:00 a.m.** at **United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of April 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF