UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60656-CIV-SINGHAL

ELI PEREZ VERDUGO,

      Petitioner,

v.

MARCOS CHARLES, Acting Executive
Associate Director of Enforcement and
Removal Operations of Immigration and
Customs Enforcement, *et al.*,

      Respondents.

_____/

## ORDER SETTING HEARING

**THIS CAUSE** is before the Court upon a *sua sponte* review of the docket.  The

Court previously continued the hearing scheduled for April 8, 2026 and indicated that the

Court would reschedule the hearing later. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that counsel for Petitioner and Respondents appear

at a hearing on **Tuesday, April 14, 2026 at 2:30 p.m.** at **United States Courthouse,**

**299 East Broward Boulevard, Fort Lauderdale, Florida, Courtroom 110**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of

April 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF