UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60656-CIV-SINGHAL

ELI PEREZ VERDUGO,

      Petitioner,

v.

MARCOS CHARLES, Acting Executive
Associate Director of Enforcement and
Removal Operations of Immigration and
Customs Enforcement, *et al.*,

      Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court on Respondents' Motion to Dismiss or Alternatively Stay Proceedings and Administratively Close the Case (the "Motion") (DE [13]).  On April 15, 2026, an immigration judge granted Petitioner Eli Perez Verdugo voluntary departure.  (DE [13-1]).  Per the immigration judge's order, Petitioner has until May 15, 2026 to depart the United States.  *Id.*  Petitioner's departure will moot the Petition for Writ of Habeas Corpus (DE [1]).  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Respondents' Motion (DE [13]) is **GRANTED**. The Clerk of Court shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**.  By **May 22, 2026**, Respondents shall file a notice informing the Court whether Petitioner has departed the United States yet.

Should Petitioner not self deport, either side may move to reopen this case until June 15, 2026.  The Court wishes the Petitioner best of luck.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of April 2026.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE