UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60656-CIV-SINGHAL

ELI PEREZ VERDUGO,

     Petitioner,

v.

MARCOS CHARLES, Acting Executive
Associate Director of Enforcement and
Removal Operations of Immigration and
Customs Enforcement, *et al.*,

     Respondents.

_____/

## ORDER

**THIS CAUSE** is before the Court on Respondents' Notice of Compliance (DE [15]).

On April 28, 2026, Petitioner voluntarily departed the United States. (DE [15-1]).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus (DE [1])

is **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all

hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of

May 2026.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE